IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-cv-00734-WO-JEP

| | |
|---|---|
| ANITA S. EARLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA JUDICIAL | ) |
| STANDARDS COMMISSION; et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF FORMER ATTORNEY-MEMBERS OF THE
NORTH CAROLINA JUDICIAL STANDARDS COMMISSION**

Plaintiff Anita S. Earls, by her undersigned counsel and pursuant to Rule 25(d), Fed. R. Civ. P., hereby files her Notice of Substitution with respect to Defendants Michael Crowell, Michael T. Grace, Allison Mullins, and Lonnie M. Player Jr. (the "Attorney-Members") who no longer serve in any official capacity as members of the North Carolina Judicial Standards Commission (the "Commission").

This Notice is based on the fact that by virtue of a law enacted in September 2023, Sess. Law 2023-134 § 16.20.(b), which becomes law on October 3, 2023, the Attorney-Members, as "the four members of the Judicial Standards Commission previously elected by the State Bar Council," are no longer members of the Commission.

By operation of Rule 25(d), the successors to the Attorney-Members will be automatically substituted as parties.

This the 3rd day of October, 2023.

By:     /s/ Pressly M. Millen

Pressly M. Millen
                                                    State Bar No. 16178
                                                    Raymond M. Bennett
                                                    State Bar No. 36341
                                                    Samuel B. Hartzell
                                                    State Bar No. 49256

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100

Attorneys for Plaintiff Anita S. Earls