IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00734-WO-JEP

|  |  |
|---|---|
| ANITA S. EARLS, | ) |
| Plaintiff, | ) |
| v. | ) |
| NORTH CAROLINA JUDICIAL STANDARDS COMMISSION *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF FILING**

Plaintiff hereby gives notice of filing of the following:

Exhibit 1 – Declaration of Wanda G. Bryant, sworn to October 18, 2023.

Exhibit 2 – Supplemental Declaration of Anita S. Earls, sworn to October 20, 2023.

Exhibit 3 – Declaration of Abigail Seymour, sworn to October 20, 2023.

This the 20th day of October, 2023.

By: /s/ Pressly M. Millen
Pressly M. Millen
State Bar No. 16178
Raymond M. Bennett
State Bar No. 36341
Samuel B. Hartzell
State Bar No. 49256

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100

Attorneys for Plaintiff
Anita S. Earls