# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:23-CV-734-WO-JEP

| | |
|---|---|
| ANITA S. EARLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA JUDICIAL | ) |
| STANDARDS COMMISSION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF ABIGAIL C. SEYMOUR

ABIGAIL C. SEYMOUR, declares as follows:

1. I am an adult citizen and resident of Greensboro, North Carolina. I am a graduate of the Elon University School of Law, and practice family law in Guilford County. I am the Founder and CEO of Camino Law in Greensboro. This Declaration is provided in my personal capacity alone. I am competent to make this Declaration and it is based on my personal knowledge.

2. On September 21, 2023, I attended the annual dinner of the Greensboro Bar Association, an organization for which I serve as co-chair of the Community Involvement Committee.

3. At the dinner, our featured speaker was Associate Justice Anita Earls of the North Carolina Supreme.

4. After Justice Earls' prepared remarks, she engaged in a question-and-answer period with the audience. During the course of that Q&A, Justice Earls was

asked a question by an audience member concerning her views on ending the right of automatic appeal to the North Carolina Supreme Court based on a dissent in the Court of Appeals.

5. After hesitating, Justice Earls responded that she was not able to discuss that matter because of issues she was currently facing with the North Carolina Judicial Standards Commission.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th of October, 2023, at Greensboro, North Carolina.

Abigail C. Seymour
Abigail C. Seymour