# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

```
ANITA S. EARLS,                                  )
                      Plaintiff,                 )
                                                 )
            v.                                   )
                                                 )
NORTH CAROLINA JUDICIAL                          )            1:23CV734
STANDARDS COMMISSION; THE                        )
HONORABLE CHRIS DILLON, in                       )
his official capacity as Chair of the            )
North Carolina Judicial Standards Commission;    )
THE HONORABLE JEFFREY K. CARPENTER,              )
in his official capacity as Vice Chair of        )
the North Carolina Judicial Standards            )
Commission; and the following Members of the     )
North Carolina Judicial Standards Commission,    )
each in his or her official capacity: THE        )
HONORABLE JEFFREY B. FOSTER; THE                 )
HONORABLE DAWN M. LAYTON; THE HONORABLE          )
JAMES H. FAISON III; THE HONORABLE               )
TERESA VINCENT; MICHAEL CROWELL;                 )
MICHAEL T. GRACE; ALLISON MULLINS;               )
LONNIE M. PLAYER JR.; JOHN M. CHECK;             )
TALECE Y. HUNTER; DONALD L.                      )
PORTER; and RONALD L. SMITH,                     )
                                                 )
                      Defendants.                )
```

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **set** as indicated below:

         **Place:**  L. Richardson Preyer Bldg.,
                     324 W. Market St., Greensboro, N.C.
**Courtroom No.:**  1
**Date and Time:** November 2, 2023 at 2:00 p.m.
   **Proceeding:** Motion Hearing (Motion for Preliminary Injunction)

 ----------------------------------------------------------------

John S. Brubaker, Clerk

By: /s/ Joy Daniel, Deputy Clerk

Date: October 24, 2023

To: ALL COUNSEL AND/OR PARTIES OR RECORD