IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00734-WO-JEP

| | |
|---|---|
| ANITA S. EARLS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **PLAINTIFF'S NOTICE OF APPEAL**<br>) |
| NORTH CAROLINA JUDICIAL STANDARDS COMMISSION *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

Notice is hereby given that Plaintiff, Anita S. Earls, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Amended Memorandum Opinion and Order Denying the Motion for Preliminary Injunction (Doc. 33), entered in this action on November 22, 2023.

This the 27th day of November, 2023.

By: /s/ Pressly M. Millen
Pressly M. Millen
State Bar No. 16178
Raymond M. Bennett
State Bar No. 36341
Samuel B. Hartzell
State Bar No. 49256

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, North Carolina 27601
(919) 755-2100

Attorneys for Plaintiff
Anita S. Earls