FILED: January 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2229
(1:23-cv-00734-WO-JEP)

_____

ANITA S. EARLS

   Plaintiff - Appellant

v.

NORTH CAROLINA JUDICIAL STANDARDS COMMISSION; THE HONORABLE CHRIS DILLON, in his official capacity as Chair of the North Carolina Judicial Standards Commission; THE HONORABLE DAWN M. LAYTON, Member of the North Carolina Judicial Standards Commission, in her official capacity; THE HONORABLE JAMES H. FAISON, III, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE TERESA VINCENT, Member of the North Carolina Judicial Standards Commission, in her official capacity; MICHAEL CROWELL, Member of the North Carolina Judicial Standards Commission, in his official capacity; MICHAEL T. GRACE, Member of the North Carolina Judicial Standards Commission, in his official capacity; THE HONORABLE JEFFREY K. CARPENTER, in his official capacity As Vice Chair of the North Carolina Judicial Standards Commission; THE HONORABLE JEFFERY B. FOSTER, Member of the North Carolina Judicial Standards Commission, in his official capacity; ALLISON MULLINS, Member of the North Carolina Judicial Standards Commission, in her official capacity; LONNIE M. PLAYER, JR., Member of the North Carolina Judicial Standards Commission, in his official capacity; JOHN M. CHECK, Member of the North Carolina Judicial Standards Commission, in his official capacity; TALECE Y. HUNTER, Member of the North Carolina Judicial Standards Commission, in her official capacity; DONALD L. PORTER, Member of the North Carolina Judicial Standards Commission, in his official capacity; RONALD L. SMITH, Member of the North Carolina Judicial Standards

Commission, in his official capacity

Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*